THE LAW OFFICES OF DANIEL A. SINGER PLLC
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 569-7853
dan@dasingerlaw.com

*Attorneys for LM Realty 31B, LLC; LM Realty*
*27D, LLC; LM Realty 24C, LLC;*
*LM Realty 23H, LLC; LM Realty 20A, LLC;*
*LM Realty 18 West, LLC; The Larisa Markus*
*Revocable Trust; The Larmar Foundation;*
*Protax Services Inc.; Protax Services Consulting, Inc.;*
*Ilya Bykov; First Integrated Construction, Inc.; and*
*Innovative Construction Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 15 |
| **Foreign Economic Industrial Bank** | |
| **Limited, "Vneshprombank" Ltd.,** | Case No. **16-13534** (MG) |
| Debtor in a Foreign Proceeding. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 15 |
| **Larisa Markus,** | |
| Debtor in a Foreign Proceeding. | Case No. **19-10096** (MG) |

-----------------------------------------------------------x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

LM Realty 31B, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM

Realty 20A, LLC; LM Realty 18 West, LLC; The Larisa Markus Revocable Trust; The Larmar

Foundation; Protax Services Inc.; Protax Services Consulting, Inc.; Ilya Bykov; First Integrated

Construction, Inc.; and Innovative Construction Group, Inc. (the "LM Entities and Protax

Entities"), by and through their attorneys The Law Offices of Daniel A. Singer PLLC, hereby

appeals to the United States District Court for the Southern District of New York pursuant to 28

USC §158(a)(1) and Federal Rules of Bankruptcy Procedure 8001, 8002, and 8003, to the United

States District Court for the Southern District of New York from the Order Concerning

Discovery From The LM Entities And Protax Entities (the "Order" annexed to the docket for

case no 16-13534 [the "Bank Docket] as *dkt no. 165* and annexed to the docket for case no 19-

10096 [the "LM Docket"] as *dkt no. 185*), entered on October 31, 2019, by the United States

Bankruptcy Court for the Southern District of New York (Hon. Martin Glenn) in the above-

captioned bankruptcy case. The LM Entities and Protax Entities' appeal of the Order includes,

without limitation, any and all judgments, orders, decrees, rulings, opinions and/or decisions that

merged into and/or became part of the Order, that are related to the Order, and/or upon which the

Opinion and Order is based.

    A true and correct copy of the Order is annexed hereto as Exhibit A[1].

    The names of all parties to this appeal and the names and addresses of their respective

counsel are as follows:

## Case No.: 16-13534

| Party | Counsel |
|---|---|
| LM Realty 31B, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM Realty 20A, LLC; LM Realty 18 West, LLC; The Larisa Markus Revocable Trust; The Larmar Foundation; Protax Services Inc.; | Daniel A. Singer, Esq. The Law Offices of Daniel A. Singer PLLC 630 Third Avenue, 18th Floor New York, New York 10017 |

---

[1] The Order filed on the Bank Docket is identical to the Order filed on the LM Docket except that the Order filed on the Bank Docket contains the case number , docket number, and date and time of filing on the first page of the Order whereas the Order filed on the LM Docket does not.  Copies of the Order as it appears on both dockets respectively are annexed hereto as Exhibit A. Certain deadlines set forth in the Order have been extended by Judge Martin Glenn pursuant to "So Ordered" stipulations dated November 5, 2019 (Exhibit B hereto, *Bank dkt no. 168; LM dkt  no. 191*) and "So Ordered" stipulation dated November 8, 2019 (Exhibit C hereto, *bank dkt no. 172;  LM dkt no. 203*), respectively.

| | |
|---|---|
| Protax Services Consulting, Inc.; Ilya Bykov; First Integrated Construction, Inc.; and Innovative Construction Group, Inc | |
| Larisa Markus | Victor A. Worms, Esq. Law Offices of Victor A. Worms 48 Wall Street, Suite 1100 New York, New York 10005 |
| Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd., *Debtor in a Foreign Proceeding and Foreign Representative* | Bruce Samuel Marks, Esq. Nina Farzana Khan, Esq. Marks & Sokolov, LLC 1835 Market Street, Suite 1717 Philadelphia, Pennsylvania 19103<br><br>Evan J. Zucker, Esq. Blank Rome LLP 1271 Avenue of the Americas New York, New York 10020<br><br>Victor A. Worms, Esq. Law Offices of Victor A. Worms 48 Wall Street, Suite 1100 New York, New York 10005 |
| State Corporation "Deposit Insurance Agency", *Trustee and Foreign Representative of the Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd.* | Bruce Samuel Marks, Esq. Nina Farzana Khan, Esq. Marks & Sokolov, LLC 1835 Market Street, Suite 1717 Philadelphia, Pennsylvania 19103<br><br>Rick Bruce Antonoff, Esq. Evan J. Zucker, Esq. Blank Rome LLP 1271 Avenue of the Americas New York, New York 10020<br><br>Barry N. Seidel, Esq. Harrington, Ocko & Monk, LPP 81 Main Street, Suite 215 White Plains, NY 10601 |

**Case No: 19-10096**

| Party | Counsel |
|---|---|
| LM Realty 31B, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM Realty 20A, LLC; LM Realty 18 West, LLC; The Larisa Markus Revocable Trust; The Larmar Foundation; Protax Services Inc.; Protax Services Consulting, Inc.; Ilya Bykov; First Integrated Construction, Inc.; and Innovative Construction Group, Inc | Daniel A. Singer, Esq. The Law Offices of Daniel A. Singer PLLC 630 Third Avenue, 18th Floor New York, New York 10017 |
| Larisa Markus, *Debtor* | Victor A. Worms, Esq. Law Offices of Victor A. Worms 48 Wall Street, Suite 1100 New York, New York 10005 |
| | Ira I. Herman, Esq. Evan J. Zucker, Esq. Blank Rome LLP 1721 Avenue of the Americas New York, New York 10020 |
| | Bruce Samuel Marks, Esq. Nina Farzana Khan, Esq. Marks & Sokolov, LLC 1835 Market Street, Suite 1717 Philadelphia, Pennsylvania 19103 |
| Yuri Vladimirovich Rozhkov, *Foreign Representative for the Debtor* | Bruce Samuel Marks, Esq. Nina Farzana Khan, Esq. Marks & Sokolov, LLC 1835 Market Street, Suite 1717 Philadelphia, Pennsylvania 19103 |
| | Gerard DiConza Lance A. Scildkraut, Esq. Archer & Greiner, P.C. 630 Third, 7th Floor New York, New York 10017 |
| | Ira I. Herman, Esq. Evan J. Zucker, Esq. Blank Rome LLP 1721 Avenue of the Americas New York, New York 10020 |

| | Philip Michael Guffy<br>Blank Rome LLP<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002 |
|---|---|

There is no Bankruptcy Appellate Panel in this District and thus the optional election in

Official Form 417A is not applicable.


Dated: New York, New York
      November 14, 2019

THE LAW OFFICES OF DANIEL A. SINGER
PLLC

By:_____
      Daniel A. Singer
*Attorneys for the LM Entities and Protax Entities*
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 569-7853