AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK

In Re: Larisa Ivanovna Markus
      Plaintiff (s),
V.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-10889-GHW

      Defendant (s),

Notice is hereby given that, subject to approval by the court, __Yuri Rozhkov__ substitutes
                    (Party (s) Name)

__George Vladimir Utlik__, State Bar No. __4570610__ as counsel of record in
 (Name of New Attorney)

place of __Marks & Sokolov, LLC__.
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Herrick, Feinstein LLP
 Address:     2 Park Avenue
 Telephone:    (212) 592-1400     Facsimile (212) 592-1500
 E-Mail (Optional):  Gutlik@herrick.com

I consent to the above substitution.
Date: __10.08.21__
                  (Signature of Party (s))

I consent to being substituted.
Date: __7/7/21__
                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]