THE LAW OFFICES DANIEL A. SINGER PLLC
630 3RD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017
(212) 569-7853

September 11, 2021

By ECF
The Honorable Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: In Re: Foreign Economic Industrial Bank
           1:19-cv-10841-GHW
           In re: Larisa Ivanovna Markus
           1:19-cv-10889-GHW
           (collectively, the "Subject Appeals")
           REQUEST FOR EXTENSION OF TIME
           TO FILE APPELLANTS' BRIEF FROM
           09/13/2021 TO 12/13/2021 (ON
           CONSENT)

Dear Judge Woods:

  We are the attorneys for LM Realty 31B, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM Realty 20A, LLC; LM Realty 18 West, LLC; The Larisa Markus Revocable Trust; The Larmar Foundation; Protax Services Inc.; Protax Services Consulting, Inc.; Ilya Bykov; First Integrated Construction, Inc.; and Innovative Construction Group, Inc. (the "Discovery Parties") in the underlying actions by the same title currently pending before Judge Martin Glenn in the United States Bankruptcy Court, Southern District of New York bearing case no. 19-10096 and case no. 16-13534, respectively (the "Underlying Actions"). There is currently before you an appeal of a discovery order which was entered in the Underlying Actions (the "Subject Decision"). As the Subject Decision was entered in two actions, two separate case numbers (1:19-cv-10841 and 1:19-cv-10889) have been generated as a result of same.

  We are writing to request an extension of time to file appellants' brief. This is the seventeenth request for an extension. The current deadline is September 13, 2021. Appellants are requesting an extension of time to file their appellant brief to and through December 13, 2021. My adversary consents and joins in the request. The reason for the request is that the parties are moving ever closer to finalizing a settlement of the

1

Underlying Actions. The settlement documents have all been executed and a motion to have the settlement approved by the US Bankruptcy Court was filed with the US Bankruptcy Court and a hearing regarding same has been scheduled for September 28, 2021 (Exhibit A).

As had been previously explained to the Court, settlement of this matter has been prolonged and complicated by the fact that this is originally a Russian bankruptcy proceeding- where matters operate differently than they do here- and involves persons and property located in multinational jurisdictions. At this juncture, it is almost certain that the appeal of the Subject Decision will become moot because of the settlement. Indeed, pursuant to the terms of the settlement, these appeals will be discontinued promptly following the approval of same.

Moreover, this request is consistent with the request for extensions of the discovery deadlines (of the very discovery issues which are the subject of this appeal), requests which have been made jointly and with the consent of my adversary. A copy of the most recent joint request made to the court in the Underlying Actions with respect to the extension of such discovery deadlines- also for 90 days- is annexed hereto as Exhibit B and copy of the most recent order granting such request is annexed hereto as Exhibit C.

Other than the deadline for appellees to file their respective opposition brief and the deadline to file the reply brief, no other deadlines will be affected by the granting of this request.

I thank the Court for its attention to this matter.

                        Respectfully submitted,

                        /s

                        Daniel A. Singer

cc: all counsel by ECF