USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In Re:                                                           :
                                                                 :
   Larisa Ivanovna Markus,                                   :
                                                                 X
                                   Debtor.      :
-----------------------------------------------------------------:
                                                                 :
                                                                 :
                                                                 :   1:19-cv-10889-GHW
Ilya Bykov, Innovative Construction Group, Inc.,                 :
LM Realty 31B, LLC, LM Realty 27D, LLC, LM                       :   ORDER
Realty 23H, LLC, LM Realty 20A, LLC, LM Realty                   :
18 West, LLC, The Larisa Markus Revocable Trust,                 :
The Larmar Foundation, Protax Services Inc.,                     :
Protax Services Consulting, Inc., First Integrated               :
Construction, Inc., Innovative Construction Group,               :
Inc.                                                             :
                              Appellants,   :
                                                                 :
             v.                                                 :
                                                                 :
Yuri Vladimirovich Rozhkov.,                                     :
                                                                 :
                              Appellee.     :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court has reviewed the Parties' joint request for an extension of time to file Appellants' brief, Dkt. No. 42.  Because the Court understands that the case is resolved pending bankruptcy court approval, the case is STAYED through December 13, 2021.  The parties are directed to file a joint status letter, which should include a proposed briefing schedule if the parties believe that a stay is no longer warranted, by no later than December 6, 2021.

    The Clerk of Court is instructed to note the case as stayed on the docket.

    SO ORDERED.

Dated:  September 15, 2021
New York, New York
                                                                      _____
                                                                        GREGORY H. WOODS
                                                                     United States District Judge